UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER LEE VERDIN SR., ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-3516** |
| **SHERIFF JERRY LARPENTER, ET AL** | **SECTION "J"(4)** |

## ORDER AND REASONS

Before the Court are a **Motion to Enroll As Counsel of Record (Rec. Doc. No. 20)** filed by purported plaintiff Tommie LeDon Jenkins and a **Motion to Enroll As Counsel fo Record (Rec. Doc. No. 22)** filed by plaintiff Dean Preston Bergeron. Each motion seeks leave to allow inmate counsel Andrew Frank to enroll as counsel of record on behalf of the movants to assist with the *Spears* Hearing scheduled for August 27, 2007.

The Court first notes that Tommie LeDon Jenkins is not a plaintiff in this action and will not participate in the scheduled *Spears* Hearing. The Court denied Jenkins leave to proceed in forma pauperis for failure to submit a pauper application as required by Title 28 U.S.C. 1915 or submit the filing fee.[1] The motion to enroll counsel on his behalf must be denied. Jenkins is warned that unsanctioned filings in this case by him as a non-party is inappropriate.

---

[1] Rec. Doc. No. 4.

Bergeron, on the other hand, is a plaintiff in this action.[2] However, there is no indication before the Court that inmate Andrew Frank is a licensed attorney in the State of Louisiana. Only licensed counsel can appear before the Court to represent a litigant. *See* Fed. R. Civ. P. 11; U.L.L.R. 11.1E. While courts are more lenient with pro se litigants, "[t]he right of self-representation does not exempt a party from compliance with relevant rules of procedural and substantive law." *Yazdchi v. American Honda Finance Co.*, 2007 WL 464705, slip op. at *4 (5th Cir. Feb. 6, 2007) (*quoting Hulsey v. Texas*, 929 F.2d 168, 171 (5th Cir.1991)). "'Those who venture into federal court without the assistance of counsel cannot . . . be permitted to enjoy much or protracted advantage by reason of that circumstance.'" *Yazdchi*, 2007 WL 464705 at *4 (*quoting Brinkmann v. Johnston*, 793 F.2d 111, 113 (5th Cir.1986)).

Bergeron is bound by the federal rules and law requiring that he represent himself or be represented by a licensed attorney. The Court will not allow inmate Andrew Frank to assist the plaintiff or act as his counsel during the *Spears* Hearing, or any other proceeding before it.

**IT IS ORDERED** that the **Motion to Enroll As Counsel of Record (Rec. Doc. No. 20)** filed by Tommie LeDon Jenkins and the **Motion to Enroll As Counsel of Record (Rec. Doc. No. 22)** filed by Dean Preston Bergeron are **DENIED**.

New Orleans, Louisiana this ___22nd___ day of August, 2007.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

---

[2]Rec. Doc. Nos. 16, 21.