UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER LEE VERDIN SR., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-3516** |
| **SHERIFF JERRY LARPENTER, WARDEN JOE M. NULL** | **SECTION "J" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the plaintiff Christopher Lee Verdin, Sr.'s Title 42 U.S.C. § 1983 claims against the defendants, Sheriff Jerry Larpenter and Warden Joe N. Null, are **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 22nd day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE