UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER LEE VERDIN SR., ET AL | CIVIL ACTION |
| VERSUS | NO. 07-3516 |
| SHERIFF JERRY LARPENTER, WARDEN JOE M. NULL | SECTION "J"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Dean Preston Bergeron, Jr.'s Title 42 U.S.C. § 1983 claims against the defendants, Sheriff Jerry Larpenter and Warden Joe N. Null, are **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 29th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE